IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

AUG 1 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-CR-179-MHT |
| | ) | [18 USC 922(g)(1); |
| | ) | 18 USC 922(g)(3); |
| ROGER JAMES HAILS | ) | 21 USC 844(a)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about January 10, 2007, in Montgomery County, within the Middle District of Alabama;

ROGER JAMES HAILS,

defendant herein, having been convicted of felony offenses, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama, to-wit:

1)  July 28, 1981 - Robbery II, in the Circuit Court of Montgomery County, Alabama, case number 81-713;

2)  July 27, 1981 - Receiving Stolen Property II, in the Circuit Court of Montgomery County, Alabama, case number 81-557;

3)  January 25, 1985 - Receiving Stolen Property II, in the Circuit Court of Montgomery County, Alabama, case number 84-1581;

did knowingly possess in and affecting commerce a firearm, to-wit: a North American Arms .22 caliber magnum pistol, a better description of which is unknown to the grand jury. All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about January 10, 2007, in Montgomery County, within the Middle District of Alabama,

ROGER JAMES HAILS ,

defendant herein, then being an unlawful user of a controlled substance as defined in 21 USC § 802; did knowingly possess in and affecting commerce, a firearm, to-wit: a North American Arms .22 caliber magnum pistol, a better description of which is unknown to the grand jury. All in violation of Title 18, United States Code, Section 922(g)(3).

## COUNT 3

On or about January 10, 2007, in Montgomery County, within the Middle District of Alabama,

ROGER JAMES HAILS,

defendant herein, did intentionally and knowingly possess marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

A.   Counts 1, 2 and 3 of this indictment are hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1) or (g)(3), as alleged in Counts 1 and 2 of this indictment the defendant,

ROGER JAMES HAILS,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of this offense, including but not limited to the following:

2

A North American Arms .22 caliber magnum pistol.

C. If any of the property described in this forfeiture allegation, as a result of any act an omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described above, all in violation of Title 18, United States Code, Section 922(g)(1) and (g)(3).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
JOHN T. HARMON
Assistant United States Attorney

_____
VERNE H. SPEIRS
Assistant United States Attorney

3