IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| **PLAINTIFF** | * |
| | * |
| v. | *   CR. NO. 1:07-CR-179-MHT |
| | * |
| **ROGER JAMES HAILS,** | * |
| **DEFENDANT** | * |

## NOTICE OF APPEARANCE

Comes now the undersigned and gives notice unto the court that he has been retained to represent Defendant, Roger James Hails in the above styled cause and prays pleadings and notices pertaining to this case be served upon him on behalf of said Defendant.

Respectfully submitted this day, September 6, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 6, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification to the parties as appropriate.

/s/Timothy C. Halstrom  
Timothy C. Halstrom  
Bar Number HAL021