### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| PLAINTIFF | * | |
| | * | |
| v. | * | CR. NO. 1:07-CR-179-MHT |
| | * | |
| ROGER JAMES HAILS, | * | |
| DEFENDANT | * | |

### MOTION TO MODIFY CONDITIONS OF SUPERVISION

Comes now Defendant, by and through his counsel of record, and moves the Court to Modify the conditions of supervision by placing Defendant on curfew and in support thereof states as follows:

1.  On August 28, 2007, Defendant was placed on bond on condition that he be subject to monitoring by Pre-trial Services. (Doc # 5)

2.  Due to circumstances surrounding Defendant's employment, and after consultation with Mr. Ross of Pre-Trial Services and with the approval of AUSA Spears, it is requested that the Court modify the conditions of Defendant's Bond by placing him on a curfew requiring him to be in his home between the hours of 7:00PM and 7:00AM. All other terms of Defendant's release on bond to remain the same including monitoring

Respectfully submitted this day September 14, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification to the parties as appropriate.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021