IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA      )
                              )
     v.                      )         CR. NO. 1:07cr179-MHT
                              )
ROGER JAMES HAILS         )

## ORDER

     For good cause (defendant's attorney having missed the original pretrial conference scheduled for September 14, 2007), it is

     ORDERED that another pretrial conference is scheduled for 4:00 p.m. on September 28, 2007 in courtroom 5-B.

     DONE, this 26th day of September, 2007.


                           /s/ Susan Russ Walker
                           SUSAN RUSS WALKER
                           UNITED STATES MAGISTRATE JUDGE