IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr179-MHT |
| | ) | |
| ROGER JAMES HAILS | ) | |

**ORDER**

Upon consideration of defendant's motion to modify conditions of supervision (Doc. # 12), filed September 14, 2007, and for good cause, it is

ORDERED that the motion be and hereby is DENIED in light of recent adjustments by the pre-trial services officer to defendant's work schedule.

DONE, this 27th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE