IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     PLAINTIFF | * | |
| | * | |
| v. | * | CR. NO. 1:07-CR-179-MHT |
| | * | |
| ROGER JAMES HAILS, | * | |
|     DEFENDANT | * | |

## NOTICE OF INTENT TO CHANGE PLEA

Comes now Defendant, Roger James Hails, by and through counsel of record, and gives notice to the Court of Defendant's intent to change his plea.

Respectfully submitted this day, October 15, 2007.

                                            /s/Timothy C. Halstrom
                                            Timothy C. Halstrom
                                            Bar Number HAL021
                                            Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464

## CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the respective parties.

                                            /s/Timothy C. Halstrom  
                                            Timothy C. Halstrom  
                                            Bar Number HAL021