IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     PLAINTIFF | * | |
| | * | |
| v. | * | CR. NO. 1:07-CR-179-MHT |
| | * | |
| ROGER JAMES HAILS, | * | |
|     DEFENDANT | * | |

## MOTION TO MODIFY CONDITIONS OF SUPERVISION

Comes now Defendant, by and through his counsel of record, and moves the Court to Modify the conditions of supervision by placing Defendant on curfew and in support thereof states as follows:

1. On August 28, 2007, Defendant was placed on bond on condition that he be subject to monitoring by Pre-trial Services. (Doc # 5) Defendant entered a plea of guilty on October 30, 2007 and continued under the same conditions previously imposed. (Docs #20 -21)

2. Subsequently, Defendant and counsel for Defendant discussed the matter of modifying the terms of Defendant's release with Mr. Bernard Ross of Pre-Trial Services who concurs with Defendant being placed on curfew without leg monitoring.

3. Counsel for Defendant has discussed this motion with AUSA Verne Spears who stated he has no objection to the Court modifying the terms of Defendant's release pending sentencing.

4. The above matters considered, Defendant moves the Court to modify the conditions of Defendant's Bond by placing him on a curfew requiring him to be in his home between the

hours of 7:00PM and 6:00AM. All other terms of Defendant's release on bond to remain the same.

    Respectfully submitted this day November 7, 2007.

                                                        /s/Timothy C. Halstrom
                                                        Timothy C. Halstrom
                                                        Bar Number HAL021
                                                        Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com   - email

## CERTIFICATE OF SERVICE

    I hereby certify that on November 7, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification to the parties as appropriate.

                                                        /s/Timothy C. Halstrom
                                                        Timothy C. Halstrom
                                                        Bar Number HAL021