IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr179-MHT |
| | ) | |
| ROGER JAMES HAILS | ) | |

**ORDER**

Upon consideration of defendant's motion to modify conditions (Doc. # 23), filed November 7, 2007, and for good cause, it is

ORDERED that the motion be and hereby is DENIED.[1]

DONE, this 27th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant's motion asserts that the pre-trial services officer concurs with the suggestion that defendant be placed on curfew without leg monitoring. However, given a recent non-compliance issue relating to a positive drug test, this is not an accurate representation of the officer's current position.