PS 12C
(8/03)

# United States District Court
## for
## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant
### Under Pretrial Release Supervision

Name of Defendant: ROGER HAILS                                   Case Number: 2:07cr179-MHT

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker, U.S. Magistrate Judge

Date of Release: August 28, 2007

Original Offense: Felon in Possession of a Firearm, Unlawful User in Possession of a Firearm, Possession of Marijuana

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Report any law enforcement contact, Follow instructions of USPO; Refrain from possession of any drug paraphernalia; No new debt

Assistant U.S. Attorney: Verne Spiers                                   Defense Attorney: Tim Halstrom

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 1: "The defendant shall refrain from any unlawful use of a controlled substance." | On January 8, 2008, Hails reported to the U.S. Probation Office as directed. Hails submitted a urine screen that tested positive for cocaine. Hails admitted to cocaine usage on or about January 5, 2008, while at his residence. He signed an Admission of Drug Use Form admitting to the violation. |
| Viol. 2: "The defendant shall... follow the instructions of the probation officer." | During his post-release interview, Hails was instructed to refrain from any illegal drug use and to refrain from associating with individuals engaging in criminal activity. Hails admitted that on January 5, 2008, during a informal gathering at his residence, an associate provided him with the cocaine. |
| Viol. 3: "The defendant shall... follow the instructions of the probation officer." | After testing positive for cocaine on November 7, 2007, this officer warned Hails against any further illegal drug use and to refrain from associating with individuals engaging in criminal activity. |

PS 12C
(8/03)

2

**Supervision history of defendant and actions taken by officer:**

This is the second time that Hails has used illegal narcotics at his residence while on electronic monitoring. Hails' drug testing schedule was enhanced and he has denied needing any drug treatment. As a result of the continued use of illegal drugs, Hails has been instructed to remain at his residence until further notice.

**U.S. Probation Officer Recommendation:**

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
[X]   revoked.
[ ]   The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by   Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: January 9, 2008

Reviewed and approved: /s/ Sandra G. Wood
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

/s/ Susan Russ Walker
Signature of Judicial Officer

1/11/08
Date