IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr179-MHT |
| ROGER JAMES HAILS | ) | |

## ORDER

It is ORDERED that the motion to add publication dates to record (Doc. No. 31) is granted.

DONE, this the 14th day of January, 2008.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE