IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:07cr179-MHT |
| ) | |
| Roger Hails ) | |

**ORDER**

Based on the representation of the defendant at the hearing on January 15, 2008, that he does not contest the Probation Officer's petition to revoke his bond, and that he wishes to go into custody on this date, it is

ORDERED that defendant's bond is REVOKED, and he is hereby remanded to the custody of the United States Marshal pending further proceedings.

DONE, this 16th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE.